IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| Murle Glenn GOINS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 5:09-CV-293 (MTT) |
| Monica SENN, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Recommendation to Dismiss (Doc. 34) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed the Defendant's Motion for Summary Judgment (the "Motion") (Doc. 29), recommends granting the Motion because the Plaintiff did not file a response to the Motion and there is no evidence in the record supporting his allegations. The Magistrate Judge could not find any issue of material fact because the Defendant provided supporting evidence in her brief. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Motion is **GRANTED**.

**SO ORDERED**, this the 19th day of October, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT